Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
KAZEROUNI LAW GROUP, APC
6787 W. Tropicana Ave., Suite 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Margaret Martinez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET MARTINEZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HOPE CREDIT, LLC,<br><br>    Defendant. | Case No.: 2:23-cv-1003<br><br>**PLAINTIFF's CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, certifies that there are no known interested parties other than those participating in this case.

DATED this 29th day of June 2023.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6787 W. Tropicana Ave., Suite 250
Las Vegas, NV 89103
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 29, 2023, the foregoing PLAINTIFF'S CERTIFICATE of INTERESTED PARTIES was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6787 W. tropicana Ave, Suite 250
Las Vegas, NV 89103
*Attorneys for Plaintiff*