AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Margaret Martinez

                        Plaintiff,

    v.

Hope Credit, LLC

                        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01003-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff only against Defendant in the amount of $6,001.00.

10/29/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ AMMi  
Deputy Clerk